# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JONATHAN CULPEPPER, # 175652**                          **PLAINTIFF**

v.                            **CAUSE NO. 1:17cv234-LG-RHW**

**COREY MATAYA, et al.**                                 **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of April, 2018.

                                            *s/ Louis Guirola, Jr.*
                                            LOUIS GUIROLA, JR.
                                            UNITED STATES DISTRICT JUDGE